No. 92–584. PEREZ *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 92–604. HARTFORD ACCIDENT & INDEMNITY CO. *v.* WORKERS' COMPENSATION APPEALS BOARD OF STATE OF CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 92–5028. BENNETT *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 92–5067. LINCECUM *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 92–5109. WILLIAMS *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 92–5169. KING *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 92–5226. FANT *v.* ROCHESTER FEDERAL MEDICAL CENTER ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–5247. KUNKEL *v.* UNITED STATES; and
No. 92–5390. BARRERA-MORENO ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 951 F. 2d 1089.

No. 92–5296. JORDAN *v.* VERCOE. C. A. 6th Cir. Certiorari denied.

No. 92–5326. AI-TI TING *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–5354. WATERHOUSE *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 92–5391. GALLOWAY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–5395. BRUTON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–5420. BESERRA *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.